**NOT FOR PUBLICATION**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ALBARRAN ARANDA, YELITZA,<br><br>Petitioner,<br><br>v.<br><br>PAM BONDI, et al.<br><br>Respondents. | Civil Action No. 25-cv-18736 (KMW)<br><br>**ORDER** |

**THIS MATTER** having been opened to the Court on the application of Musa-Obregon Law, attorneys for Petitioner Yelitza Albarran Aranda ("Petitioner"), on an application, pursuant to Federal Rule of Civil Procedure 65(b), and Local Civil Rule 65.1, for a Temporary Restraining Order against Respondents, Pamela Bondi in her official capacity as Attorney General of the United States, Kristi Noem in her official capacity as Secretary of Homeland Security, Todd Lyons in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement, and Luis Soto, in his official capacity as Director, Delaney Hall Detention Facility (collectively "Respondents"); and Petitioner having filed its Habeas Petition, and Application for a Temporary Restraining Order; and the Court having considered all papers submitted; the Court hereby finds that:

1. Immediate and irreparable injury will result to Petitioner, including the risk of transfer outside of this Court's jurisdiction, before Respondents can be heard in opposition;

2. Petitioner's counsel has certified in writing the efforts, if any, made to give notice to Respondents and the reasons why notice should not be required prior to the issuance of this temporary restraining order;

3. The balance of the harms weighs in favor of granting a temporary restraining order; and

4. The public good is served by the entry of a temporary restraining order.

**NOW THEREFORE**, on this 22nd day of December 2025; it is hereby

**ORDERED** that Petitioner's request for a temporary restraining order is **GRANTED**, and it is **FURTHER ORDERED** that Respondents are hereby immediately enjoined from transferring Petitioner from the Delaney Hall Detention Facility at 451 Doremus Avenue, Newark, NJ 07105, during the pendency of Petitioner's Habeas Petition.

Hon. Karen M. Williams,
United States District Judge